**In the Matter of the Petition for Naturalization of Louis (Ludwig) BARTENBACH, Appellant.**

No. 9950.

United States Court of Appeals
Third Circuit.

Argued Dec. 5, 1949.

Decided Dec. 28, 1949.

John B. Nicklas, Jr., Pittsburgh, Pa. (Henry S. Moore, McCrady & Nicklas, Pittsburgh, Pa., on the brief), for appellant.

F. W. Braden, Acting District Adjudications Officer, Philadelphia, Pa. (Owen M.

Burns, United States Attorney, Elliott W. Finkel, Special Assistant to the United States Attorney, Pittsburgh, Pa., on the brief), for appellee.

Before BIGGS, Chief Judge, and O'CONNELL[1] and KALODNER, Circuit Judges.

PER CURIAM.

An examination of the briefs and the record and consideration of the oral argument convince us that the court below did not err in denying the appellant's petition for naturalization. Consequently the judgment, 82 F.Supp. 649, appealed from will be affirmed.